IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| vs. | : | Case No. 3:18cr14 |
| NATHAN PERKINS, | : | JUDGE WALTER H. RICE |
| Defendant. | : | |

## PRELIMINARY PRETRIAL ORDER; TRIAL DATE AND OTHER DATES SET

| | |
|---|---|
| Date of Scheduling Conference | 2/23/2018 |
| Jury Trial Date | 4/23/2018 |
| Final Pretrial Conference (by telephone) | **Monday, 4/16/2018 at 5:00 pm** |
| Motion Filing Deadline | |
|    Oral and Evidentiary Motions | 3/26/2018 |
|    Other Motions | 4/6/2018 |
| Discovery Cut-off | 4/6/2018 |
| Speedy Trial Deadline | 4/24/2018 |
| Discovery out – Plaintiff to Defendant | **by close of business, 3/2/2018** |

March 1, 2018

WALTER H. RICE
UNITED STATES DISTRICT JUDGE